# MISCELLANEOUS SUPREME COURT DISPOSITION

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

**October 24, 2023**

Knopp v. Griffin-Valade (A182122)(S070456). Certified appeal accepted.